■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLAS PIERRE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered August 22, 1988, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

The record supports the Supreme Court's determination that the pretrial lineup was not suggestive *(see, People v Curtin,* 115 AD2d 753, 754; *People v Mattocks,* 133 AD2d 89, 90; *People v Rodriguez,* 124 AD2d 611).

We have reviewed the defendant's remaining argument and find it to be without merit *(see, People v Parker,* 57 NY2d 136, 139; *People v James,* 100 AD2d 552; *People v Mack,* 157 AD2d 673). Mangano, P. J., Brown, Sullivan and Balletta, JJ., concur.